UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| NOEL QUINTANA-GONZALEZ, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 2:26-cv-00238-JRS-MKK |
| | ) | |
| SAM OLSON, | ) | |
| IMMIGRATION AND CUSTOMS | ) | |
| ENFORCEMENT, | ) | |
| BRISON SWEARINGEN, | ) | |
| MARKWAYNE MULLIN | ) | |
| U.S. DEPARTMENT OF HOMELAND | ) | |
| SECURITY, | ) | |
| TODD BLANCHE, | ) | |
| EXECUTIVE OFFICE IMMIGRATION | ) | |
| REVIEW, | ) | |
| BRANDON CROWLEY, | ) | |
| | ) | |
| Respondents. | ) | |

**Order Granting Motion for Extension of Time**

This matter is before the Court upon consideration of Respondents' unopposed motion for extension of time. Dkt. [12]. For good cause shown, Respondents shall have **through April 17, 2026**, in which to file their return to the Court's Order to Show Cause.

**IT IS SO ORDERED.**

Date: 4/17/2026

_____
JAMES R. SWEENEY II, CHIEF JUDGE
United States District Court
Southern District of Indiana

1

Distribution:

Warden
Miami Correctional Facility
3038 W 850 S
Bunker Hill, IN 46914

All Electronically Registered Counsel