UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| NOEL QUINTANA-GONZALEZ, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 2:26-cv-00238-JRS-MKK |
| | ) | |
| SAM OLSON, *et al.*, | ) | |
| Respondents. | ) | |

**ORDER ACCEPTING STIPULATION OF DISMISSAL, DENYING MOTION TO DISMISS, AND DIRECTING DISMISSAL OF ACTION**

The Court accepts the parties' stipulation of dismissal, dkt. [18], pursuant to Federal Rule of Civil Procedure 41. Petitioner's claims are **dismissed without prejudice.** Respondents' motion to dismiss, dkt. [16], is **denied as moot**. The **clerk is directed** to close this action on the docket. No judgment is required under these circumstances.

**IT IS SO ORDERED.**

Date: 4/23/2026

JAMES R. SWEENEY II, CHIEF JUDGE
United States District Court
Southern District of Indiana

Distribution:

All electronically registered counsel